IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PHILLIP BENNETT,<br><br>              Defendant. | No. 05 Cr. 1192 (NRB)<br><br>District Judge Naomi Reice Buchwald |

## [PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR REDUCTION IN SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A)

After considering the statutory factors under 18 U.S.C. § 3553(a), and finding under 18 U.S.C. § 3582(c)(1)(A) that there are extraordinary and compelling reasons for compassionate release and that compassionate release is consistent with the applicable United States Sentencing Commission policy statements, the Court hereby ORDERS that:

1. Defendant's Request for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 296), effective May 21, 2020, is hereby GRANTED;

2. Effective May 21, 2020, Defendant's sentence is reduced to time served;

3. On May 21, 2020, the Bureau of Prisons ("BOP") shall immediately transfer Defendant to the custody of U.S. Immigration and Customs Enforcement ("ICE") so that Defendant may be removed to the United Kingdom as soon as practicable; and

4. In the event that circumstances outside the BOP's or ICE's control arise that prevent Defendant's deportation from the United States on May 21, 2020, Defendant shall be removed from the United States on the next practicable date.

Case 1:05-cr-01192-NRB  Document 3081  Filed 05/22/20  Page 1 of 2

IT IS SO ORDERED.

Dated: May 20, 2020

*Naomi Reice Buchwald*

Hon. Naomi Reice Buchwald
United States District Judge